IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv613-MHT |
| | ) | (WO) |
| $4,460.50 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the decree of forfeiture entered today, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the plaintiff United States of America and against the defendant $4,460.50 in United States currency, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of July, 2019.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE